**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Mehta

Appellate case number:    01-19-00162-CV

Trial court case number:  2017-84654

Trial court:                        295th District Court of Harris County

Relators, Sunil Kumar Mehta and Mehta Investments, Ltd., have filed a petition for writ of mandamus in this Court. In conjunction with the petition, relators filed an "Emergency Motion to Stay Proceedings Pending Mandamus Review." The motion to stay is **denied**.

The Court requests that the real party in interest file a response to the petition for writ of mandamus by no later than **April 1, 2019.**

It is so ORDERED.

Judge's signature:  ___/s/ Justice Gordon Goodman_____
                                      Acting individually

Date:    __March 11, 2019__